UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR-04-205-RHW |
| Plaintiff, ) | |
| ) | ORDER GRANTING DEFENDANT'S |
| v. ) | UNCONTESTED MOTION AND |
| ) | MODIFYING CONDITIONS OF |
| ZACHARY ROGERSON, ) | RELEASE |
| ) | |
| Defendant. ) | |
| ) | |

At the June 6, 2005, hearing on Defendant's Motion to modify conditions of release, Defendant was present with counsel Donald Hackney. Assistant U.S. Attorney Russell Smoot represented the United States. The United States does not oppose the Motion, and Defendant has been fully compliant with conditions of release.

The Defendant's Motion to modify **(Ct. Rec. 43)** is **GRANTED.** This court's Order Setting Conditions of Release of October 27, 2004, is **MODIFIED** to the limited extent that Defendant may change residence within the discretion of his supervising Pretrial Services Officer. In addition, Defendant no longer shall be subject to home detention.

All other conditions of the court's Orders filed October 27, 2004, and January 24, 2005, remain and shall constitute the

ORDER GRANTING DEFENDANT'S UNCONTESTED MOTION
AND MODIFYING CONDITIONS OF RELEASE - 1

1  additional conditions of Defendant's release.
2  **IT IS SO ORDERED**.
3  DATED June 6, 2005.

5          S/ CYNTHIA IMBROGNO
      UNITED STATES MAGISTRATE JUDGE